FILED
JUN 1 ɔ 2004

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUN 1 4 2004

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| TEACHERS' RETIREMENT SYSTEM OF LOUISIANA, on behalf of itself and all other similarly situated shareholders,<br><br>Plaintiff,<br><br>v.<br><br>CONRAD N. BLACK, HOLLINGER INTERNATIONAL, INC., HOLLINGER INC., RAVELSTON CORPORATION LIMITED, RAVELSTON MANAGEMENT INC., ARGUS CORPORATION LTD., DWAYNE O. ANDREAS, PETER Y. ATKINSON, BARBARA A. BLACK, JACK A. BOULTBEE, RICHARD R. BURT, RICHARD G. CHAMBERS, DANIEL W. COLSON, MARK S. KIPNIS, HENRY A. KISSINGER, MARIE-JOSEE KRAVIS, SHMUEL MEITAR, GORDON A. PARIS, RICHARD N. PERLE, F. DAVID RADLER, GRAHAM W. SAVAGE, RAYMOND G. H. SEITZ, ROBERT S. STRAUSS, A. ALFRED TAUBMAN, JAMES R. THOMPSON, LORD WEIDENFELD, LESLIE H. WEXNER and KPMG LLP,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>No. 04 C 0834<br><br>Honorable Judge Coar<br><br>Magistrate Judge Schenkier |

## NOTICE OF FILING

TO:     See Attached Service List

PLEASE TAKE NOTICE, that on June 14, 2004, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the **Notice of Withdrawal and Substitution of Counsel**, a copy of which is attached and hereby served upon you.

_____
One of the Attorneys for Defendant Conrad M. Black

Paula E. Litt
Verónica Gómez
William B. Berndt
Schopf & Weiss LLP
312 West Randolph Street, Suite 300
Chicago, Illinois 60606
312-701-9300

136230_1.DOC

DOCKETED

JUN 1 5 2004

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

# FILED

JUN 1 4 2004

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

TEACHERS' RETIREMENT SYSTEM OF
LOUISIANA, on behalf of itself and all other
similarly situated shareholders,

Plaintiff,

v.

CONRAD N. BLACK, HOLLINGER
INTERNATIONAL, INC., HOLLINGER INC.,
RAVELSTON CORPORATION LIMITED,
RAVELSTON MANAGEMENT INC., ARGUS
CORPORATION LTD., DWAYNE O.
ANDREAS, PETER Y. ATKINSON,
BARBARA A. BLACK, JACK A. BOULTBEE,
RICHARD R. BURT, RICHARD G.
CHAMBERS, DANIEL W. COLSON, MARK S.
KIPNIS, HENRY A. KISSINGER, MARIE-
JOSEE KRAVIS, SHMUEL MEITAR,
GORDON A. PARIS, RICHARD N. PERLE, F.
DAVID RADLER, GRAHAM W. SAVAGE,
RAYMOND G. H. SEITZ, ROBERT S.
STRAUSS, A. ALFRED TAUBMAN, JAMES R.
THOMPSON, LORD WEIDENFELD, LESLIE
H. WEXNER and KPMG LLP,

Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

No. 04 C 0834

Honorable Judge Coar

Magistrate Judge Schenkier

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE, pursuant to Local Rule 83.17, that attorney Lisa B.

Swedenborg hereby withdraws her appearance and attorney William B. Berndt hereby substitutes

his appearance in this action on behalf of Defendant Conrad M. Black.

Dated: June 14, 2004

Paula E. Litt
Verónica Gómez
William B. Berndt
Schopf & Weiss LLP
312 West Randolph Street, Suite 300
Chicago, Illinois 60606
312-701-9300

Respectfully submitted,

_W. B. B_

One of the Attorneys for Defendant
Conrad M. Black

70

## CERTIFICATE OF SERVICE

I, William B. Berndt, an attorney, hereby state that I caused a copy of the attached

**Notice of Filing and Notice of Withdrawal and Substitution of Counsel** to be served on the

following individual(s) on the attached Service List by U.S. Mail postage prepaid, this 14th day

of June, 2004:

_____
William B. Berndt

136230_1.DOC

## SERVICE LIST

**Attorneys for Hollinger International Inc.**
Mark V. Chester, Esq.
Steven Lawson, Esq.
Joan M. Meyers, Esq.
Johnson and Colmar
300 South Wacker Drive, Suite 1000
Chicago, Illinois 60606
Phone: (312) 922-1980
Fax (312) 922-9283

Jonathan Rosenberg, Esq.
Andrew J. Geist, Esq.
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, New York 10036
Phone: (212) 326-2000
Fax: (212) 326-2061

Ian Simmons, Esq.
Henry C. Thumann, Esq.
Ira H. Raphaelson, Esq.
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, DC 20006-4001
Phone: (202) 383-5300
Fax: (202) 383-5414

David C. Jacobson, Esq.
Alan S. Gilbert, Esq.
Robert M. Andalman, Esq.
David B. Singer, Esq.
Sonnenschein Nath & Rosenthal LLP
8000 Sears Tower
Chicago, Illinois 60606
Phone: (312) 876-8000
Fax: (312) 876-7934

**Attorneys for Teachers' Retirement System**
**of Louisiana and Proposed Lead Counsel**
Carol V. Gilden, Esq.
Much Shelist Freed Denenberg
   Ament & Rubenstein, P.C.
191 North Wacker Drive
Suite 1800
Chicago, Illinois 60606
Phone: (312) 521-2403
Fax: (312) 521-2100

**Attorneys for Teachers' Retirement System**
**of Louisiana and Proposed Liaison Counsel**
Jay W. Eisenhofer, Esq.
John C. Kairis, Esq.
Eric Lechtzin, Esq.
Grant & Eisenhofer, P.A.
1201 North Market Street
Suite 2100
Wilmington, Delaware 19801
Phone: (302) 622-7000
Fax: (302) 622-7100

**Attorneys for Hollinger Inc.**
Nathan P. Eimer, Esq.
Andrew G. Klevorn, Esq.
Adam B. Deutsch, Esq.
Vanessa G. Jacobsen, Esq.
Eimer Stahl Klevorn & Solberg LLP
224 South Michigan Avenue, Suite 1100
Chicago, Illinois 60604
Phone: (312) 660-7604
Fax: (312) 692-1718

136425_1.DOC

**<u>Attorneys for The Ravelston Corporation Limited and Ravelston Management, Inc.</u>**
Brian L. Crowe, Esq.
Cary E. Dorham, Esq.
Douglas M. Ramsey, Esq.
Shefsky & Froelich Ltd.
444 North Michigan Avenue, Suite 2500
Chicago, Illinois 60611
Phone: (312) 527-4000
Fax: (312) 527-4011

**<u>Attorneys for Kenneth Mozingo</u>**
Marvin Alan Miller, Esq.
Matthew Eric Van Tine, Esq.
Jennifer Winter Sprengel, Esq.
Miller Faucher and Cafferty LLP
30 North LaSalle Street
Suite 3200
Chicago, Illinois 60602
Phone: (312) 782-4880
Fax: (312) 782-4485

Marc A. Topaz, Esq.
Richard A. Maniskas, Esq.
Schiffrin & Barroway, LLP
Three Bala Plaza East
Suite 400
Bala Cynwyd, Pennsylvania 19004
Phone: (610) 667-7706
Fax: (610) 667-7056

Samuel H. Rudman, Esq.
David a. Rosenfeld, Esq.
Cauley Geller Bowman & Rudman LLP
200 Broadhollow Road
Suite 406
Melville, New York 11747
Phone: (631) 367-7100
Fax: (631) 367-1173

**<u>Attorneys for John A. Boultbee</u>**
Ira Lee Sorkin, Esq.
Donald A. Corbett, Esq.
Carter Ledyard & Milburn LLP
2 Wall Street
New York, New York 10005-2072
Phone: (212) 732-3200
Fax: (212) 732-3232

Stephen C. Voris, Esq.
Burke, Warren, Mackay & Serritella, P.C.
330 N. Wabash Avenue
22nd Floor – IBM Plaza
Chicago, Illinois 60611
Phone: (312) 840-7000
Fax: (312) 840-7900

**<u>Attorneys for Mark S. Kipnis</u>**
Ted S. Helwig, Esq.
Karl R. Barnickol, Esq.
Katten Muchin Zavis Rosenman
525 West Monroe Street
Suite 1600
Chicago, Illinois 60661
Phone: (312) 902-5200
Fax: (312) 902-1061

Michael E. Swartz, Esq.
Irwin J. Sugarman, Esq.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, New York 10022
Phone: (212) 756-2471 (Swartz)
Phone: (212) 756-2236 (Sugarman)

**Attorneys for James R. Thompson**
Gordon B. Nash, Jr., Esq.
Curtrice White Scott, Esq.
Gardner Carton & Douglas LLP
191 North Wacker Drive
Suite 3700
Chicago, Illinois 6606
Phone: (312) 569-1384
Fax: (312) 569-3384

**Attorneys for KPMG LLP**
John F. Hartmann, P.C.
Timothy D. Elliott, Esq.
Michael A. Duffy, Esq.
Kirkland & Ellis LLP
200 East Randolph Street
Chicago, Illinois 6601-6636
Phone: (312) 861-2000
Fax: (312) 861-2200